HENRY L. PRATT et al., Appellants, v. MARVIN S. OTIS et al., Respondents.

(Argued September 30, 1879; decided October 14, 1879.)

*Angus McDonald* for appellants.

*D. C. Hyde* for respondents.

AGREE to affirm.    No opinion.
All concur.
Order affirmed.

---

AUGUSTUS D. JUILLARD as Receiver, etc., Appellant, v. CHARLES G. FRANCKLYN et al., Respondents.

(Argued October 6, 1879; decided October 14, 1879.)

*James McKeen* for appellant.

*Adrian H. Joline* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.